ADAM BRAVERMAN
United States Attorney
RENEE GREEN
Assistant U.S. Attorney
California Bar No. 6270798
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6775
Fax: (619) 546-0631
Email: Renee.Green@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT ARNOLD KOESTER<br>AKA BERT KAY,<br><br>    Defendant. | Case No.: 19-mj-00007-AGS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

    None.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

None.

DATED: January 3, 2019

                                          Respectfully submitted,

                                          ADAM BRAVERMAN  
                                          United States Attorney

                                          */s/ Renee Green*  
                                          RENEE GREEN  
                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 19-mj-00007-AGS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| ROBERT ARNOLD KOESTER AKA BERT KAY, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Renee Green, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on all parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2019

/s/ Renee Green
RENEE GREEN
Assistant U.S. Attorney